No. 83–1817. HARKINS ET AL. *v.* INTERSTATE MOTOR FREIGHT SYSTEMS ET AL. C. A. 6th Cir. Motion of respond-

ents to defer consideration of the petition for writ of certiorari denied. Certiorari denied.